

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00399-CV

**PABLO HERNANDEZ,**

**Appellant**

 **v.**

**PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 13-002133-CV-272

## MEMORANDUM  OPINION

Appellant, Pablo Hernandez, has filed an unopposed motion to dismiss his appeal in this matter.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 5, 2016
[CV06]

